# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND PRYER,<br><br>                Plaintiff,<br><br>   v.<br><br>ALLISON, *et al.*,<br><br>               Defendants. | Case No.  1:23-cv-00167-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING OF COMPLAINT<br>(ECF No. 4)<br><br>ORDER VACATING DEADLINE TO FILE RESPONSE TO COMPLAINT |

Plaintiff Desmond Pryer ("Plaintiff") is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2023, this action was removed from the Superior Court of California, County of Kings. (ECF No. 1.) On February 7, 2023, Defendants filed a request for screening of the complaint pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915A. (ECF No. 4.) Although Plaintiff has not yet had the opportunity to respond to the motion, the Court finds a response unnecessary, and the motion is deemed submitted.  Local Rule 230(l).

The Court finds that screening of the complaint is appropriate pursuant to 28 U.S.C. § 1915A, and Defendants' motion for screening is granted.  The complaint will be screened in due course.

Further, the Court notes that it does not appear that Defendants filed an answer or other response to the complaint before the action was removed from state court, and Defendants have

not requested additional time to file a response to the complaint. Defendants were served a copy of the summons and complaint on January 17, 2023. (ECF No. 4, p. 2.) Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants therefore "must answer or present other defenses or objections . . . 7 days after the notice of removal is filed," or by February 10, 2023.

However, in light of the request for screening and in the interest of conserving the resources of the Court and the parties, the Court finds it appropriate to vacate *sua sponte* the deadline for Defendants to file a response to the complaint until after the pleadings are settled. Defendants will be advised of the deadline for filing a response to the complaint once the Court has determined whether there are cognizable claims that may proceed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' request for screening, (ECF No. 4), is GRANTED;
2. The deadline for Defendants to file a response to the complaint is VACATED and will be reset as necessary following screening of the complaint; and
3. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **February 8, 2023**             /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE