# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMOND PRYER,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BOTT,**<br><br>    **Defendant.** | Case No.: 1:23-cv-00167-BAM (PC)<br><br>ORDER TO RECAPTION CASE AND CORRECT SPELLING OF DEFENDANT'S NAME<br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Desmond Pryer ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Bott for deliberate indifference to conditions of confinement in violation of the Eighth Amendment.  All parties have consented to Magistrate Judge jurisdiction.  (ECF Nos. 11, 17.)

This action now proceeds only against Defendant Bott.  Therefore, the caption should reflect that this action no longer proceeds against any other defendants and that there are no longer multiple defendants.  In addition, the Court finds it appropriate to reset the deadline for Defendant to file a responsive pleading to the first amended complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The caption for this case shall be as reflected above; and

2. Defendant Bott shall file a response to Plaintiff's first amended complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**April 14, 2023**__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE