# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND PRYER,<br><br>   Plaintiff,<br><br>   v.<br><br>BOTT,<br><br>   Defendant. | Case No. 1:23-cv-00167-BAM (PC)<br><br>ORDER REGARDING NOTICE OF OPT-OUT AND REQUEST TO VACATE SETTLEMENT CONFERENCE<br>(ECF No. 23)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING JULY 24, 2023 SETTLEMENT CONFERENCE<br>(ECF No. 21)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER<br><br>ORDER RESETTING DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Desmond Pryer ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Bott for deliberate indifference to conditions of confinement in violation of the Eighth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF Nos. 11, 17.)

On May 15, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the

1

parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 21.) The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

On May 15, 2023, while the case was stayed, Plaintiff filed a motion to strike affirmative defenses to the complaint. (ECF No. 22.) On June 1, 2023, Defendant filed a notice of opt-out and request to vacate settlement conference. (ECF No. 23.) Therefore, the stay is lifted, and the July 24, 2023, settlement conference is vacated. This case is now ready to proceed. The Court will reset the deadline for the filing of Defendant's response to Plaintiff's motion to strike affirmative defenses.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to vacate settlement conference, (ECF No. 23), is GRANTED;
2. The stay of this action, (ECF No. 21), is LIFTED;
3. The July 24, 2023 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order;
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order; and
6. Defendant's response to Plaintiff's motion to strike affirmative defenses, (ECF No. 22), is due within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 2, 2023**         /s/ *Barbara A. McAuliffe*         _
                                   UNITED STATES MAGISTRATE JUDGE