| | |
|---|---|
| DESMOND PRYER,<br><br>       Plaintiff,<br><br>   v.<br><br>BOTT,<br><br>       Defendant. | Case No.  1:23-cv-00167-BAM (PC)<br><br>ORDER DENYING DEFENDANT'S MOTION FOR 3-DAY EXTENSION OF TIME TO FILE OPPOSITION *NUNC PRO TUNC*<br>(ECF No. 27)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES TO COMPLAINT AS UNOPPOSED<br>(ECF No. 22)<br><br>ORDER GRANTING DEFENDANT LEAVE TO FILE AN AMENDED ANSWER<br><br>**FOURTEEN (14) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Desmond Pryer ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Bott for deliberate indifference to conditions of confinement in violation of the Eighth Amendment.  All parties have consented to Magistrate Judge jurisdiction.  (ECF Nos. 11, 17.)

Defendant filed an answer to the complaint on May 4, 2023.  (ECF No. 20.)  On May 8, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins.  (ECF No. 21.)  On May 15, 2023, while the case was stayed, Plaintiff filed a motion to strike Defendant's first, second, fourth, fifth,

1

1  sixth, eighth, and ninth affirmative defenses to the complaint.  (ECF No. 22.)  Pursuant to
2  Defendant's notice of opt-out, the Court lifted the stay, vacated the settlement conference, and
3  reset the deadline for Defendant to file an opposition to Plaintiff's motion to strike affirmative
4  defenses for June 23, 2023.  (ECF Nos. 23, 24.)
5       On June 26, 2023, Defendant filed a designation of counsel for service, a motion for a 3-
6  day extension of time to file opposition *nunc pro tunc*, and an opposition to Plaintiff's motion to
7  strike affirmative defenses.  (ECF Nos. 27, 28.)  The Court finds that further briefing is
8  unnecessary, and the motion is deemed submitted.  Local Rule 230(l).
9       In the motion for extension of time, defense counsel declares that since the Court reset the
10 deadline for Defendant's opposition, the Deputy Attorney General originally assigned to this
11 matter left the Attorney General's Office, and the matter was recently reassigned to current
12 defense counsel.  (ECF No. 27-1.)  The documentation received upon transfer of the file led
13 counsel to believe that the opposition to Plaintiff's motion was due on June 26, 2023, and he did
14 not realize that the actual due date was June 23, 2023 until after that deadline had passed.
15 Counsel therefore requests a 3-day extension of time, *nunc pro tunc*, for the opposition thereafter
16 filed on June 26.  (*Id.*)
17      The Court does not find that the calendaring error here presents good cause for the
18 requested extension of time.  Accordingly, the Court considers the motion unopposed.
19 Defendant's first, second, fourth, fifth, sixth, eighth, and ninth affirmative defenses will be
20 stricken.
21      The Court further finds that Defendant will not be prejudiced by this ruling, as Defendant
22 is granted leave to file an amended answer, to the extent they can do so in good faith and in
23 consideration of the arguments raised in Plaintiff's motion.  The Court notes that, having
24 reviewed Defendant's opposition, to the extent Defendant admits that certain of the challenged
25 affirmative defenses are "statements" or "denials" that are not affirmative defenses or were not
26 properly included under the heading of "Affirmative Defenses," Defendant should endeavor to
27 correctly label those assertions in any amended answer.
28 ///

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for extension of time to file opposition *nunc pro tunc*, (ECF No. 27), is DENIED;
2. Plaintiff's motion to strike affirmative defenses, (ECF No. 22), is GRANTED, as unopposed;
3. Defendant's first, second, fourth, fifth, sixth, eighth, and ninth affirmative defenses are STRICKEN, with leave to amend;
4. Any amended answer is due within **fourteen (14) days** from the date of service of this order; and
5. Defendant is advised that, if an amended answer is not filed, the May 4, 2023 answer, (ECF No. 20), will stand with the first, second, fourth, fifth, sixth, eighth, and ninth affirmative defenses being stricken.

IT IS SO ORDERED.

Dated: **June 28, 2023**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE