# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND PRYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOTT,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00167-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>(ECF No. 32) |

Plaintiff Desmond Pryer ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Bott for deliberate indifference to conditions of confinement in violation of the Eighth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF Nos. 11, 17.)

On August 14, 2023, Plaintiff filed a motion to compel. (ECF No. 32.)

On August 15, 2023, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court further stayed briefing on Plaintiff's motion to compel pending the outcome of the parties' meet and confer. (ECF No. 33.)

Currently before the Court is the parties' joint statement (erroneously docketed as a joinder in the motion to compel), filed September 6, 2023. (ECF No. 34.) The parties indicate that Plaintiff will withdraw his motion to compel pending further responses to some of the

interrogatories at issue.  Plaintiff is not precluded from filing a further motion to compel should further responses prove unsatisfactory.  Defense counsel will review the interrogatories in light of the clarifications and concerns that Plaintiff expressed during the meet and confer process and will provide further responses or communicate further with Plaintiff if it appears necessary.  (*Id.*)  Both parties signed the joint statement.  (*Id.* at 2.)

     As it appears the instant discovery dispute has been fully resolved pending further responses or communications between the parties, Plaintiff's motion to compel, (ECF No. 32), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **September 7, 2023**              /s/ *Barbara A. McAuliffe*            
                                                             UNITED STATES MAGISTRATE JUDGE